## RIVER CITY MECHANICAL CONTRACTING, INC., Appellant,

v.

## ZOELLNER CONSTRUCTION CO., INC., Respondent.

### No. ED 101704

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: March 31, 2015

Mark S. Johnson, 212 North Main Street, Cape Girardeau, MO 63701, for appellant.

Thomas A. Ludwig, 1334 Indian Parkway, P.O. Box 310, Jackson, MO 63755, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

## *ORDER*

PER CURIAM.

River City Mechanical Contracting, Inc. (Plaintiff) appeals the trial court's grant of summary judgment to Zoellner Construction Co., Inc. (Defendant) on its action for breach of contract and unjust enrichment. Plaintiff contends the trial court erred in granting summary judgment to Defendant because genuine issues of material fact exist as to whether: (1) Defendant breached a contract with Plaintiff; and (2) Defendant was unjustly enriched.

We have reviewed the briefs of the parties and the record on appeal and find the trial court's decision was not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).